UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUTH ELLEN REEVES,

    Plaintiff,

v.                                         CASE NO. 3:17cv976-MCR/MJF

NANCY A. BERRYHILL,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 27, 2019. ECF No. 21. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections, *see* ECF No. 22.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 21, is adopted and incorporated by reference in this Order, and all pending Motions are **DENIED**.

2. The decision of the Commissioner is **AFFIRMED** and this action is **DISMISSED.**

3. **JUDGMENT** shall be entered, pursuant to sentence four of 42 U.S.C. § 405(g), **AFFIRMING** the decision of the Commissioner.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of March 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**